# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
### www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### SECOND AMENDED PLAN

DEBTOR:  Dagoberto Munoz            JOINT DEBTOR:  Adriana M. Munoz CASE NO.: 13-22146-AJC

Last Four Digits of SS#    8643      Last Four Digits of SS#  5770

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   36      months.  In the event the trustee does not collect the full 10%, any portion not collected to be paid to creditors pro-rata under the plan:

    A.    $   160.00      for months   1    to    36    ;in order to pay the following creditors:

Administrative:Attorney's Fee - $   3,500.00 +750.00 (Motion to Value)+150.00 (costs)=$4,400.00
    TOTAL PAID $  2,000.00 Balance Due $ 2,400.00  payable $120.00 /month (Months 1  to  20 )

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  NONE                          Arrearage on Petition Date    $
Address:                          Arrears Payment     $            /month  (Months        to        )
                                  Regular Payment     $            /month  (Months        to        )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase (XXX4288) | Homestead: 3051 West 76th Street # D209 Hialeah, FL 33018 $58,000.00 | 0% | $0.00 | None | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.   NONE                Total Due $
                         Payable            $            /month  (Months      to     ) Regular Payment $

Unsecured Creditors:  Pay $  24.00  /month  (Months  1      to    20   );  Pay $  144.00  /month  (Months 21  to  36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current and paying Chase (XXXX6291) and Villa Veranda Condominium Association directly outside the plan. The debtors are hereby advised that the chapter 13 trustee has requested that the debtors comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtors hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.                    /s/Robert Sanchez, Esq.
Attorney for Debtor                        Attorney for Joint Debtor
Date:  11/7/2013                           Date:  11/7/2013