UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-22146

IN RE:
Dagoberto & Adriana Munoz
    Debtor
_____/

TRUSTEE'S OBJECTION TO CLAIM ON NEGATIVE NOTICE
NOTICE OF TRUSTEE'S OBJECTION TO
CLAIM # 3 FILED BY Antio, LLC

IMPORTANT NOTICE TO CREDITORS

    This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.
    If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee, Nancy K Neidich, Esquire, P.O. Box 279806, Miramar, Florida 33027. OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.
    If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.
    The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

.

    Pursuant to Bankruptcy Rule 3007, the Trustee objects to the following claims(s) filed in this case::

| Claim # | Name of Claimant | Recommended Disposition |
|---|---|---|
| 3 | Antio, LLC. | Strike and Disallow: Claim #3 is a duplicate of Claim #2. Claim #2 should be allowed and Claim #3 should be stricken and disallowed as a duplicate.. |

LF-25 (rev. 12/01/15)

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Adisley Cortez-Rodriguez, Esq.
FLORIDA BAR NO: 0091727
■ Amy Carrington, Esq.
FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
FLORIDA BAR NO: 0077539

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection to Claim # 3 was served through NEF on debtor's attorney and by US First Class Mail to:

Josh Harrison, Esq
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE

LF-25 (rev. 12/01/15)